No. 87–531.   ASAM *v.* LEE COUNTY DISTRICT SCHOOL BOARD ET AL.   Appeal from C. A. 11th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–5539.   ADAMS *v.* FLORIDA.   Appeal from Dist. Ct. App. Fla., 1st Dist., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–608.   PEDERSON *v.* SHULMAN.   Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.

No. 87–5547.   FISCHER *v.* MICHIGAN.   Appeal from Sup. Ct. Mich. dismissed for want of jurisdiction.

No. A–337.   WILLIAMS *v.* MINNESOTA LAWYERS PROFESSIONAL RESPONSIBILITY BOARD.   Application for temporary restraining order, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–345 (87–454).   DOMINICAN REPUBLIC ET AL. *v.* MEADOWS, DECEASED, ET AL.   C. A. 9th Cir.   Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–651.   IN RE DISBARMENT OF RIGOLOSI.   Disbarment entered.   [For earlier order herein, see 483 U. S. 1051.]

No. 86–1034.   VIRGINIA *v.* AMERICAN BOOKSELLERS ASSN., INC., ET AL.   C. A. 4th Cir.   [Probable jurisdiction noted, 479 U. S. 1082.]   Motion of appellees for leave to file a supplemental brief after argument granted.

No. 86–1172.   GOODYEAR ATOMIC CORP. *v.* MILLER ET AL. Sup. Ct. Ohio.   [Probable jurisdiction noted, 483 U. S. 1004.] Motion of Oil, Chemical & Atomic Workers International Union for leave to file a brief as *amicus curiae* granted.

No. 86–1357.   UNITED STATES DEPARTMENT OF JUSTICE ET AL. *v.* JULIAN ET AL.   C. A. 9th Cir.   [Certiorari granted, 482 U. S. 926.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.  ·